**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
  EULET SHROUDER,

                         Plaintiff,                    25 **CIVIL** 808 (OTW)

       -v-                                        **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 14, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to grant Plaintiff's request for a hearing regarding her November 28, 2022 application for benefits under Title XVI of the Social Security Act.

**Dated:**  New York, New York

      July 14, 2025

                                                      **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                         **BY:**       *K. Mango*

                                                          **Deputy Clerk**